IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00074-PAB-MEH

KIRK F. MALDONADO,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2010.**

    Defendant's Motion to Withdraw Request for Jury Demand [filed April 6, 2010; docket #8] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. In addition, Defendant is directed to file all future pleadings in accordance with D.C. Colo. LCivR 10.1J, Appendix E.