IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00074-PAB-MEH

KIRK F. MALDONADO,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2010.**

    In light of the "Stipulation" filed by the Plaintiff in this matter [docket #20], Defendant's Motion to Withdraw Request for Jury Demand [filed April 8, 2010; docket #14] is **granted**. Defendant's demand for a jury [docket #2 at 7] is hereby **withdrawn**.